# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL LEVY,** *Plaintiff,* <br><br> v. <br><br> **HFACTOR, INC.,** *Defendant.* | **CIVIL ACTION** <br> **NO. 24-4160** |

## ORDER

**AND NOW**, on this 25th day of October, 2024, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED without prejudice and with leave for Plaintiff to amend her Complaint.** Should Plaintiff wish to file an Amended Complaint, she shall allege facts demonstrating personal jurisdiction over Defendant with specificity. Plaintiff has **twenty-one (21) days** from this order to file an Amended Complaint.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-4160 Levy v HFactor\24-4160 Order re Motion to Dismiss.docx