IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL LEVY,**<br>*Plaintiff,*<br><br>     v.<br><br>**HFACTOR, INC., JASON BOYD, ADAM LINDER, DAWN CAMES, CHI HUA LEE, & HEFF TURNER.**<br>*Defendants.* | **CIVIL ACTION**<br>**NO. 24-4160** |
| **HFACTOR, INC.,**<br>*Counter Claimant,*<br><br>     v.<br><br>**GAIL LEVY,**<br>*Counter Defendant.* | |

## ORDER

**AND NOW** this 22nd day of December, 2025, for the reasons in the foregoing Memorandum, the Motion to Dismiss for lack of personal jurisdiction as to Defendants Boyd, Linder, Cames, and Lee is **GRANTED**. As such, the Court **DENIES** the Moving Defendants' Motion to Stay Discovery (ECF 80) as **MOOT**.

                                                            **BY THE COURT:**

                                                            /s/ Michael M. Baylson
                                                           _____
                                                            **MICHAEL M. BAYLSON**
                                                           **United States District Court Judge**