### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL LEVY,** *Plaintiff,* <br><br> v. <br><br> **HFACTOR, INC. and JEFF TURNER** *Defendants.* | **CIVIL ACTION NO. 24-4160** |
| **HFACTOR, INC.,** *Counter Claimant,* <br><br> v. <br><br> **GAIL LEVY,** *Counter Defendant.* | |

### ORDER RE: MOTION TO DISMISS [ECF 111]

**AND NOW** this 13th day of July, 2026, upon consideration of Defendants Adam Linder, Dawn Cames, and Chi Hua Lee's ("Moving Defendants") Motion to Dismiss the Third Amended Complaint [ECF 111], Plaintiff Gail Levy's Opposition [ECF 122], and Moving Defendants' Reply [ECF 127], and for reasons stated in the forthcoming memorandum of law, the Motion is **GRANTED** in part and **DENIED** in part as follows.

1. On Count I, the Motion is **GRANTED** as to Defendant Linder and **DENIED** as to Defendants Cames and Lee.

2. On Count III, the Motion is **GRANTED** as to Defendants Cames and Lee, and **DENIED** as to Defendant Linder.

3. On Counts IV and V, the Motion is **GRANTED** as to all Moving Defendants.

4. On Count VI, the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-4160 Levy v HFactor\24cv4160 order re MTD [ECF 111].docx