**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GAIL LEVY,**<br>*Plaintiff,*<br><br>**v.**<br><br>**HFACTOR, INC. and JEFF TURNER**<br>*Defendants.* | **CIVIL ACTION**<br>**NO. 24-4160** |
| **HFACTOR, INC.,**<br>*Counter Claimant,*<br><br>**v.**<br><br>**GAIL LEVY,**<br>*Counter Defendant.* | |

**ORDER RE: SECOND MOTION FOR SANCTIONS [ECF 81]**

**AND NOW** this 30th day of July, 2026, upon consideration of Plaintiff Gail Levy's ("Plaintiff") Second Motion for Sanctions against Defendants HFactor, Inc. and Jeff Turner ("Defendants") [ECF 81], Defendants' Response in Opposition [ECF 84], Plaintiff's Proposed Findings of Facts [ECF 121], Defendants' Proposed Findings of Fact [ECF 123], and the Parties' remarks at oral argument, and for the reasons set forth in the accompanying memorandum of law, the Motion is **GRANTED** in part and **DENIED** in part as follows.

1. The Motion for Sanctions is **GRANTED** as to Defendant HFactor and **DEFAULT** is **GRANTED** on Count I (PWPCL), Count II (breach of contract), and Count VI (conspiracy) against HFactor.
2. The Court will postpone a ruling on the monetary judgment and the breadth of sanctions to a later time.

3. The Motion for Sanctions is **GRANTED** as to Defendant Jeff Turner, but is **DENIED** as to **DEFAULT** on claims against Turner.

4. The Court reserves ruling on the appropriate sanctions to be applied to Mr. Turner until after the case proceeds to trial or otherwise resolves.

**IT IS SO ORDERED.**

**BY THE COURT:**

______________________________
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-4160 Levy v HFactor\24cv4160 order re ECF 81.docx